# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Commonwealth of Massachusetts, )<br>    Plaintiff, )<br> )<br>        v. )<br> )<br>Chet's Wrecking & Auto Parts Company, Inc. )<br>    Defendant, ) | CIVIL ACTION NO. 3:23-10263-MGM |

## JUDGMENT IN A CIVIL CASE

### Mark G. Mastroianni, U.S.D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the Plaintiff Commonwealth of Massachusetts, against the Defendant Chet's Wrecking & Auto Parts Company, INC. pursuant to order entered this day.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated April 11, 2023                     By /s/ *Michael Zamorski*
                                          Michael Zamorski
                                          Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                    [jgm.]